GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316 (fbrown@gibsondunn.com)
JAYESH HINES-SHAH SBN 214256 (jhinesshah@gibsondunn.com)
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Plaintiff
ADVANTAGE SALES & MARKETING INC.

MORGENSTEIN & JUBELIRER LLP
BRUCE A. WAGMAN, SBN 159987 (baw@mjllp.com)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

LOWENSTEIN SANDLER PC
DAVID L. HARRIS (admitted *pro hac vice*)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2403

Attorneys for Defendant
FEROLIE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANTAGE SALES & MARKETING INC., <br><br> Plaintiff, <br><br> v. <br><br> FEROLIE CORPORATION, <br><br> Defendant. | Case No. C 04-1896 VRW <br> (Related Case: C 03-5092 VRW) <br><br> STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff Advantage Sales & Marketing Inc. ("ASM Inc.") and defendant Ferolie Corporation, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that:

1. Plaintiff ASM Inc. shall dismiss its complaint in the above action in its entirety, with prejudice; and,

2. Each party shall bear its own costs and fees in connection with this action.

IT IS SO STIPULATED:

Dated: June 8, 2006  _____
GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN SBN 65316

Attorneys for Plaintiff
ADVANTAGE SALES & MARKETING INC.

Dated: June ___, 2006  _____
MORGENSTEIN & JUBELIRER LLP
BRUCE A. WAGMAN, SBN 159987

LOWENSTEIN SANDLER PC
DAVID L. HARRIS (admitted *pro hac vice*)

Attorneys for Defendant
FEROLIE CORPORATION

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____   _____
Honorable Vaughn R. Walker

100015450_1.DOC

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff Advantage Sales & Marketing Inc. ("ASM Inc.") and defendant Ferolie Corporation, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that:

1. Plaintiff ASM Inc. shall dismiss its complaint in the above action in its entirety, with prejudice; and,

2. Each party shall bear its own costs and fees in connection with this action.

IT IS SO STIPULATED:

Dated: June ___, 2006

GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN SBN 65316

Attorneys for Plaintiff
ADVANTAGE SALES & MARKETING INC.

Dated: June 8, 2006

MORGENSTEIN & JUBELIRER LLP
BRUCE A. WAGMAN, SBN 159987

LOWENSTEIN SANDLER PC
DAVID L. HARRIS (admitted *pro hac vice*)

Attorneys for Defendant
FEROLIE CORPORATION

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 9, 2006

Judge Vaughn R Walker

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

100015450_1.DOC

## **STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff Advantage Sales & Marketing Inc. ("ASM Inc.") and defendant Ferolie Corporation, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that:

1. Plaintiff ASM Inc. shall dismiss its complaint in the above action in its entirety, with prejudice; and,

2. Each party shall bear its own costs and fees in connection with this action.

IT IS SO STIPULATED:

Dated: June    , 2006

GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN SBN 65316

Attorneys for Plaintiff
ADVANTAGE SALES & MARKETING INC.

Dated: June    , 2006

MORGENSTEIN & JUBELIRER LLP
BRUCE A. WAGMAN, SBN 159987

LOWENSTEIN SANDLER PC
DAVID L. HARRIS (admitted *pro hac vice*)

Attorneys for Defendant
FEROLIE CORPORATION

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____                          _____
                                                                           Honorable Vaughn R. Walker

100015450_1.DOC